# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2397
_____

GEORGE MCNALLY,

    Appellant,

    v.

DOVE INVESTMENT
CORPORATION,

    Appellee.

_____


On appeal from the County Court for Okaloosa County.
Jonathan V. Schlechter, Judge.


August 28, 2024

PER CURIAM.

Appellant challenges a final money judgment awarding damages on an outstanding judgment. After filing this appeal, Appellant notified the Court that pursuant to an Order of Discharge from the United States Bankruptcy Court for the Northern District of Florida, the debt on the judgment appealed, as well as the underlying judgment, had been discharged.

Appellee concedes that it is prohibited by the bankruptcy discharge from taking further action in seeking collection of the judgment or continuing litigation to that effect. While Appellee had recorded the judgment, making it a lien on real property under section 55.10(1), Florida Statutes, there is no real property that

remains subject to the lien following the bankruptcy discharge. Appellee agrees that no further practical relief can be attained from this Court or the lower tribunal.

We dismiss the appeal as moot.

DISMISSED.

LEWIS, B.L. THOMAS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

George McNally, pro se, Appellant.

Hugh B. Shafritz, Delray Beach, for Appellee.